DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIN SPRINGER,**
Appellant,

v.

**ROBERT SPRINGER,**
Appellee.

No. 4D20-550

[December 31, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Victoria L. Griffin, Judge; L.T. Case No. 562015DR002404.

Chet E. Weinbaum of the Law Office of Chet E. Weinbaum, Fort Pierce, for appellant.

Leslie Brady-Alten of Leslie Brady-Alten, P.A., Port St. Lucie, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***